UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| CHRIS ARMES, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 08 C 244 |
| v. | ) ) | Judge Clevert |
| SOGRO, INC. d/b/a Budget Host Diplomat Motel, | ) ) ) | |
| Defendant. | ) | |

## PLAINTIFF'S MOTION FOR A RULE 16 CONFERENCE

Plaintiff Chris Armes, by his attorneys, The Consumer Advocacy Center, P.C. and Markoff Law Firm, LLC, moves this Court to set this matter for a Rule 16 Conference. In support of this motion, Plaintiff states as follows:

1. On March 29, 2010, this Court, while recognizing that "additional discovery must be conducted," denied, without prejudice, all pending motions, including Plaintiff's Motion for Class Certification as well as Defendant's Motion to Modify the Scheduling Order to extend fact discovery [DE 51].

2. On April 7, 2010, this Court stayed discovery pending the parties' attempt to settle this matter in front of Magistrate Judge Goodstein. [DE 54, 55].

3. The settlement conference did not result in a settlement.

4. On July 29, 2010, Plaintiff moved to reinstate [De 59] his Motion for Class Certification [DE 30] and his Motion for Leave to File Oversized Brief [DE 48] related to Plaintiff's proposed reply supporting class certification.

5. Plaintiff's Motion to Reinstate is still pending.

6. Plaintiff now moves for a Rule 16 Conference, during which Plaintiff will request the Court to lift the stay on discovery and reset the deadlines for fact discovery cut-off, expert discovery cut off, amending pleadings and filing dispositive motions.

WHEREFORE, Plaintiff requests that this Court set this matter for a Rule 16 conference at its earliest convenience.

CHRIS ARMES, Plaintiff

By: s/ Paul F. Markoff
One of Plaintiff's Attorneys

Lance A. Raphael (lance@caclawyers.com)
Stacy M. Bardo (stacy@caclawyers.com)
Allison A. Krumhorn (allison@caclawyers.com)
The Consumer Advocacy Center, P.C.
180 W. Washington St., Ste. 700
Chicago, IL 60602
Tel: 312.782.5808
Fax: 312.377.9930

Paul F. Markoff (paul@markofflawfirm.com)
Markoff Law Firm, LLC
180 W. Washington St., Ste. 700
Chicago, IL 60602
Tel: 312.726.4162
Fax: 312.277.2507

**CERTIFICATE OF SERVICE**

I certify that I served a copy of this *Plaintiff's Motion for a Rule 16 Conference* on the following electronically by using the CM/ECF system on this 1st day October, 2010:

James K Borcia
David O. Yuen
Tressler LLP
233 S. Wacker Dr., 22nd Fl.
Chicago, IL 60606


s/ Paul F. Markoff