# CHRIS ARMES
# v.
# SOGRO, INC.

## Case No. 08 C 244

## Plaintiff's Motion to Approve Class Notice

## Exhibit 1

```
 1            IN THE UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF WISCONSIN
 2                    MILWAUKEE DIVISION
 3
      CHRIS ARMES,              )
 4    individually and on       )
      behalf of all others      )
 5    similarly situated,       )
                                )
 6         Plaintiffs,          )
                                )
 7         vs.                  )   No. 08-CV-244-CNC
                                )
 8    SOGRO, INC., d/b/a        )
      BUDGET HOST DIPLOMAT      )
 9    MOTEL,                    )
                                )
10         Defendant.           )
11
12
13            The deposition of JOSEPH SOLUS, taken in
14    the above-entitled cause before Cheryl L. Sandecki,
15    a notary public within and for the County of Lake
16    and State of Illinois, taken pursuant to the Federal
17    Rules of Civil Procedure for the United States
18    District Courts, at 335 Wrigley Drive, Lake Geneva,
19    Wisconsin, on January 6, 2011, commencing at 10:04
20    o'clock a.m.
21
22
23
24
25
```

```
 1              Between December 4 of 2006 to the time
 2     this lawsuit was instituted at least, the credit
 3     card receipts that SOGRO provided to its customers
 4     displayed the full credit card numbers of those
 5     customers?
 6          A.    Correct.
 7          Q.    Do you know when SOGRO stopped displaying
 8     those full card numbers?
 9          A.    As soon as I found out about the lawsuit.
10          Q.    Okay.
11          A.    That day I called up.  And it was a matter
12     of five minutes and he changed it over the phone.
13          Q.    Okay.  And who did you call?
14          A.    I called I think it was -- I'm not sure if
15     it was Paymentech or First Data, whoever was my
16     merchant at that time.
17          Q.    Your merchant?
18          A.    The processor.
19          Q.    Okay.  You don't remember what date that
20     was, though?
21          A.    It was as soon as I got the lawsuit.  That
22     date.
23          Q.    Okay.  Let me -- and also prior to the
24     time you found out about the lawsuit -- or at least
25     December 4, 2006, to the time you found out about
```