# EXHIBIT B

# Advertising Schedule



**Buy ID :** 30599  **Date:** 5/14/2012

The Consumer Advocacy Center, Pc.
**Contact:**
Stacy M Bardo   **Phone:** (312) 782-5808   **Fax** (312) 377-9930
180 West Washington
Suite 700   **Sales Representative:** Bryan Rohe
Chicago    IL    60602
**E-Mail:** stacy@caclawyers.com   **Web:**

**Classification:** Public Notice
**Ad Copy Starts**
Consumer Advocacy Center Adverting
**Advertiser:** The Consumer Advocacy Center, Pc.

| Insertion ID | Run Week | Network / Region | Deadline | Ad Size | Gross Cost | Discounts/ Surcharges | Net Cost | Paid | Due |
|---|---|---|---|---|---|---|---|---|---|
| 06127949 | 6/4/2012 | Illinois Chicago Region | Wed/10am | 0 | $375.00 | $0.00 | $375.00 | $0.00 | $375.00 |
| 06124449 | 6/4/2012 | Wisconsin | Wed/2pm | 0 | $1,350.00 | $0.00 | $1,350.00 | $0.00 | $1,350.00 |

**Total**                                                                   $1,725.00
**Comments :** Per Stacy
**Total**                                                                   $1,725.00

☐ My check for US _____ is enclosed ( Made Payable to CNA )
☐ Charge my Credit Card upon Publication for each scheduled insertion:   ☐ VISA   ☐ MASTERCARD   ☐ AMERICAN EXPRESS

_____    _____    _____
Credit Card Number                              Exp Date        3/4 Digit CVC Code (on back of card)

_____    _____
Name on Card - Please Print                     Credit Card Billing Address

In order for your ads to run as scheduled, please read, sign and fax back this ad schedule no later than one hour before the deadline. By signing this, you are confirming your approval of these ads to run as outlined. If credit card information is not listed for your company or you would like to update the card being charged, please indicate above. If paying by credit card, card holder or authorized credit card user must sign this schedule unless approved by Customized Newspaper Advertising. By signing this form, you are accepting payment responsibility for these advertisements. Acceptance must be faxed to 866-512-8845, or you may send to 319 E. 5th Street, Des Moines, IA 50309. THANK YOU!

Bryan Rohe    1-800-227-7636

Authorized Signature: _____

# Customized Newspaper Advertising

319 E 5th Street

Des Moines, Iowa 50309

Phone: 515-244-2145 ext 152 Fax: 1-866-440-6028; 1-866-818-6527

## ADVERTISING ESTIMATE

May 11, 2012

### Order: **12062CC0**

| ATTN: Consumer Advocacy Center Contact | | | | Advertiser: | **Consumer Advocacy Center** |
|---|---|---|---|---|---|
| **Consumer Advocacy Center** | | | | P.O.#: | |
| **180 W Washington** | | | | Client Order #: | |
| **Chicago, Illinois 60602-2318** | | | | Brand: | |
| | | | | Campaign: | |
| V: 312-782-5808 | F: | Email: | | Position: | |
| | | | | Copy: | |

| Run Date | Ad Size | ROP Rate | ROP Type | Agency Commission | Color Rate | Color Type | Agency Commission | Net Total |
|---|---|---|---|---|---|---|---|---|
| **WI/Lake Geneva Regional News** *(Lake Geneva, WI)* (Thursday) 6.00-1.813"-21.50 | | | | | | | | |
| Thu 06/07/12  Circ: 3715 | 2.00 X 2.00 | $10.05 | NTL Gross | 0.0000% | $0.00 | | 0.0000% | $40.20 |

| | | | | |
|---|---|---|---|---|
| **Total Insertions** | 1 | **Total Advertising** | $40.20 | **Total Bill** |
| **Total Lineage** | 4.0000 | **Net** | $40.20 | $40.20 |
| | | **Total Misc.** | $0.00 | |
| **Total Circulation** | 3715.0 | **Tax** | $0.00 | |

All cancellations must be made within 48 hours of rundate.

*Customized Newspaper Advertising (CNA) requires 48 hours to provide standard rate estimates in non-member publications and publications within states other than Iowa or Wisconsin. CNA will not be liable for the accuracy of rate estimates that are required in advance of the 48 hour deadline.

For purposes of this insertion order, newspaper agrees that: (1)Advertiser or Advertiser's Agency, if applicable, is the disclosed principal and INA Services DBA Customized Newspaper Advertising ("CNA") is the agent of the advertiser or advertisers agency, if applicable; (2)CNA shall be responsible for payment to the newspaper solely to the extent CNA receives payment with funds that have cleared all banking channels from advertiser or advertiser's agency, if applicable, for such advertising; (3)For any payment amounts not cleared, advertiser or advertiser's agency, if applicable, shall be directly responsible for such payment amounts to newspaper and CNA shall have no responsibility or liability to newspaper.

*For Interesting facts about newspapers, go to cnaads.com/ireach*