IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| ANGELA VELASCO, individually and on behalf of all others similarly situated, ) ) ) | | |
| Plaintiff, ) ) | No. | 08-CV-00244-CNC |
| v. ) ) | Judge Charles N. Clevert, Jr. | |
| SOGRO, INC. d/b/a Budget Host Diplomat Motel, ) ) | | |
| Defendant. ) | | |

## PLAINTIFF'S MOTION IN LIMINE NUMBER 3: NO MENTION THAT DEFENDANT IS NOW COMPLIANT WITH FACTA

As discussed further in the supporting brief, which is being contemporaneously filed, Plaintiff moves this Court for an order that Defendant, its witnesses, and attorneys, shall not, within the hearing of the jury, mention that Defendant is now complaint with FACTA.

                                    Respectfully Submitted,

                                    By: /s/ Allison Krumhorn
                                    One of Plaintiff's Attorneys

Lance A. Raphael
Stacy M. Bardo
Allison A. Krumhorn
The Consumer Advocacy Center, P.C.
180 W. Washington St., Ste. 700
Chicago, Illinois 60602
(312) 782-5808

## CERTIFICATE REGARDING NO CONCURRENCE

On January 3, 2014, after sending James Borcia, counsel for Defendant, a copy of Plaintiff's brief in support of her Motion in Limine Number 3, I requested his concurrence in same. Mr. Borcia and I were unable to reach an accord regarding Plaintiff's Motion in Limine Number 3 after consultation in a sincere effort to resolve our differences.

1

                                                         Respectfully Submitted,

                                                         By: <u>/s/ Allison Krumhorn</u>
                                                         One of Plaintiff's Attorneys

Lance A. Raphael
Stacy M. Bardo
Allison A. Krumhorn
The Consumer Advocacy Center, P.C.
180 W. Washington St., Ste. 700
Chicago, Illinois 60602
(312) 782-5808