# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF WISCONSIN

ANGELA VELASCO, individually and
on behalf of all others similarly situated,

      Plaintiff,

v.                              Case No. 08-C-0244

SOGRO, INC.,
d/b/a Budget Host Diplomat Motel,

      Defendant.

*[Filed stamp: U.S. DIST. COURT EASTERN DIST. WISC. FILED FEB 27 2015 AT ___ O'CLOCK ___ M. JON W. SANFILIPPO, CLERK]*

## VERDICT

1. Did Angela Velasco establish that Sogro, Inc. provided Angela Velasco with a receipt in violation of FACTA?

    Yes __X__                      No _____

    *Judy Kruszewski  02-27-2015*

If your answer to Question 1 is "Yes," then proceed to Question 2. If your answer to Question 1 is "No," your deliberations are complete. Do not answer any more questions. Your presiding juror should date and sign the verdict.

2. Did Angela Velasco establish that Sogro, Inc.'s violation of FACTA was willful?

    Yes _____                      No __X__

    *Judy Kruszewski  02-27-2015*

If your answer to Question 2 is "Yes," then proceed to Question 3. If your answer to Question 2 is "No," your deliberations are complete. Do not answer any more questions. Your presiding juror should date and sign the verdict.

3. Did Angela Velasco establish that Sogro, Inc. violated FACTA as to the class defined in the instructions?

        Yes_____          No_____

If your answer to Question 3 is "Yes," then proceed to Question 4. If your answer to Question 3 is "No," your deliberations are complete. Do not answer any more questions. Your presiding juror should date and sign the verdict.

4. Did Angela Velasco establish that Sogro, Inc.'s violation of FACTA as to the class was willful?

        Yes_____          No_____

If your answer to Question 4 is "Yes," then proceed to Question 5. If your answer to Question 4 is "No," your deliberations are complete. Do not answer any more questions. Your presiding juror should date and sign the verdict.

5. What is the number of class members Angela Velasco has established are consumer card holders (in addition to Angela Velasco)?

_____

Dated at Milwaukee, Wisconsin, this 27 day of February, 2015.

_____
Foreperson